FILED IN OPEN COURT
ON 2/3/15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-8-1FL(3)

IN RE:

ELEVEN-COUNT GRAND JURY
INDICTMENT OF FEBRUARY 3, 2015

ORDER TO SEAL INDICTMENT

Upon the motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 3 Feb. 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney's Office and United States Probation Office.

It is FURTHER ORDERED that this matter will be unsealed at the time of the defendant's arrest.

This the 3 day of February, 2015.

UNITED STATES MAGISTRATE JUDGE