UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S PROPOSED |
| | ) | <u>SEALED AFFIDAVIT</u> |
| | ) | |
| ANDREW JAMES MIHALEK | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 40 be sealed.

This the 27th day of August, 2015.

*Louise W. Flanagan*
───────────────────────────
LOUISE WOOD FLANAGAN
United States District Judge